No. 91–6444. IN RE CARROLL;
No. 91–6578. IN RE HALL ET AL.;

No. 91–6696. IN RE ARTEAGA; and

No. 91–6714. IN RE ANDERSON. Petitions for writs of mandamus denied.